UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CV-21515-WILLIAMS

JACOB LUIHN and JOHANNA LUIHN,

    Plaintiffs,

vs.

MX, INC., a Foreign for profit Corporation;
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation; and
FRANK NICHOLS, an individual,

    Defendants.
_____/

## DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's SUPPLEMENTAL REBUTTAL EXPERT WITNESS DISCLOSURE

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY pursuant to the Honorable Court's Order Amending Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures dated June 2, 2014, hereby supplements their Rebuttal Expert Witness Disclosure as follows:

### REBUTTAL EXPERT WITNESSES

1.     Dr. Charles Citrin
       3301 New Mexico Avenue, NW
       Suite 106
       Washington, DC 20016

       Dr. Citrin is an expert in radiology and neuro-radiology. Dr. Citrin will testify as to his review of the pre- and post-accident diagnostic studies performed on Plaintiff Jacob Luihn and the associated radiology reports, other records obtained during discovery and depositions taken. He will testify about the results of his review of the films and documents. All opinions will be based upon this expert's credentials, experience as an expert, review of the diagnostic studies and reports.

Pursuant to Rule 26(a)(2):

Please see Dr. Citrin's C.V., publication list, fee breakdown, and report attached as Defendant's Exhibit "A."

2. Dr. Robert Kagan
MRI Scan & Imaging Center
3122 East Commercial Boulevard
Fort Lauderdale, FL 33308

Dr. Kagan is an expert radiologist. He is not a "retained" expert in this case. He has reviewed diagnostic films and is expected to testify about the results of his review. His testimony will be based upon his review of the films and documents and upon his education, training and experience. Plaintiff is already in possession of his report.

Pursuant to Rule 26(a)(2):

Please see Dr. Kagan's C.V., fee schedule and deposition list attached as Defendant's Exhibit "B." Dr. Kagan was not officially retained by Defendant. Rather, Dr. Kagan has previously treated Plaintiff. As such, Plaintiff's counsel should already be in possession of Dr. Kagan's reports.

3. Dr. Anthony Dorto
3821 North 40th Avenue
Hollywood, FL 33021-1860

Dr. Dorto is an expert in physical medicine and rehabilitation with training and experience in impairment and disability assessment. He is expected to testify in the fields of rehabilitation, employment and associated areas. He may be called to testify about the effect of the injuries complained of by Jacob Luihn, his ability to work, his career, and his ability to earn money, both in the past and in the future. If called, his opinions will be based on his review of various materials pertaining to this case, including medical records, employment records, earnings records, depositions, billing records and similar materials. His opinions are expected to be premised upon his review of those materials and upon his education, training and experience.

2

Pursuant to Rule 26(a)(2):

Please see Dr. Dorto's C.V., fee breakdown, publication list, deposition/trial logs, and record review report attached as Defendant's Exhibit "C."

DATED: January 20, 2015

>Attorneys for STATE FARM MUTUAL
>AUTOMOBILE INSURANCE COMPANY
>1600 West Commercial Boulevard, Suite 200
>Fort Lauderdale, FL 33309
>Telephone: (954) 568-6669
>Fax: (954) 568-0085
>
>*(Signed by attorney electronically after review)*
>
>By: _____
>BRUCE TRYBUS
>Florida Bar Number 972983
>Primary: reception@ctkplaw.com
>Secondary: yhall@ctkplaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served on this date on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *BRUCE TRYBUS*
BRUCE TRYBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:  1:14-cv-21515-Williams

*JACOB LUIHN v. MX, INC.; STATE FARM, et al.*

**SERVICE LIST**

Daniel J. Rheaume, Esquire
Welt & Rheaume, P.A.
4770 Hollywood Boulevard
Hollywood, FL 33021
(954) 966-4646
(954) 966-4642 (fax)
pleadings@wrflalaw.com
Attorneys for Plainifffs:  Jacob and Johanna Luihn

Morgan Adams, Esquire
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, TN 37402
(423) 265-2020
(423) 265-2025 (fax)
adams@tennesseeaccidentlaw.com
Jennifer@tennesseeaccidentlaw.com
Attorneys for Plaintiffs:  Jacob and Johanna Luihn

Derek H. Lloyd, Esquire
Luks, Santaniello, Petrillo & Jones
150 West Flagler Street
Suite 1675
Miami, FL 33130
(305) 377-8900
(305) 377-8901 (fax)
luksmia-pleadings@ls-law.com
Attorneys for Defendants:  MX, Inc. and Frank Nichols