# CURRICULUM VITAE

## Charles Michael Citrin, M.D.

**DATE OF BIRTH:** November 28, 1944

**CITIZENSHIP:** USA

**ADDRESS:**
393 North Point Road
#1002
Osprey, Florida 34229

Dr. Charles Citrin
C/O Community Radiology
1201 Seven Locks Road
Rockville, Maryland 20854

**FAMILY STATUS:** Married

**SPECIALTY:** Radiology and Neuroradiology

**EDUCATION:**
Downstate Medical Center
Brooklyn, New York
M.D., 1970

Indiana University
Bloomington, Indiana
B.S. Zoology, 1966

**POST-GRADUATE MEDICAL TRAINING**

Fellow in Neuroradiology
The George Washington University Medical Center
Washington, D.C.
July, 1974 - August, 1975

Resident in Diagnostic Radiology, Nuclear Medicine Angiography
U.S. Public Health Service Hospital
Staten Island, New York
The George Washington University Medical Center, 1973 - 1974

Intern, U.S. Public Health Service Hospital
Straight Medicine, 1970 - 1971


EXHIBIT A

**CERTIFICATION AND**
**LICENSURE:** Diplomate, National Board of Medical Examiners, 1971

Medical Licensure:
    District of Columbia
    State of Maryland
    State of Virginia
    New York (inactive)

**BOARD CERTIFICATION:** The American Board of Radiology
Radiology, November, 1974

**APPOINTMENTS:** Clinical Associate Professor of Radiology
The George Washington University Medical Center
July 1, 1976 to 1990

Clinical Professor of Radiology
Uniformed Services University of the Health Sciences
1987 to 1995

Senior Consultant in Neuroradiology
Walter Reed Army Medical Center
1975-1999

**POSITIONS AND AWARDS:** President, Washington/Baltimore Neuroradiology Club
1982-85

Neuroradiologist, Washington Neuro-Ophthalmology meeting, 1980 to 2001

Winner of 1984 Volvo Award in Clinical Sciences

Editorial Review Board Member, 1986
American Journal of Ophthalmology

Editorial Review Board Member, 1986
Journal of Computed Tomography

Editorial Review Board Member, 1990-1995
American Journal of Neuroradiology

**PROFESSIONAL SOCIETIES:**
American Society of Neuroradiology (ASNR)
Radiological Society of North America (RSNA)
American Board of Radiology

-3-

**COMMUNITY SERVICE:** Board of Directors, Big Brothers of the National Capital Area, 1985 - 1995

Vice President, Big Brothers of the National Capital Area 1988 - 1992

Advisor to the U.S. Army

**PUBLICATIONS:**

1. Laster, D.W., Citrin, C.M., and Thyng, F.J.: Bilateral Carotid Body Tumors AJR. May, 1972

2. Citrin, C.M.: Milk of Calcium Urine, J Urol., August, 1975

3. Lawson, T.L., Bowers, J.B., and Citrin, C.M.: Deviation of the Rectosigmoid Colon Simulating a Presacral Tumor. Dis Colon and Rectum, May-June, 1976

4. Citrin, C.M. and Davis, D.O.: Computerized Tomography in Evaluation of Chromophobe Adenomas, Investigative Radiology, January-February, 1977

5. Bernardino, M., Zimmerman, R., Citrin, C.M., and Davis, D.O.: Uveal Scleral Enhancement Seen in Pseudotumor, AJR, October, 1977

6. Hurwitz, B. and Citrin, C.M.: Use of Computerized Axial Tomography (CAT Scan) in Evaluating Therapy of Orbital Pseudotumor. Ann Ophth, Feb, 1979.

7. Citrin, C.M.: Convenient Method for Labeling Computed Tomographic Images, AJR, May, 1979

8. Citrin, C.M. and Hammock, M.K.: Computed Tomographic Presentation of Granulomatous Reaction from Intraventricular Shunt, Comput Tomogr, Dec, 1979

9. Citrin, C.M.: Direct Coronal Computed Tomography of the Orbits Employing a Dedicated Head Scanner. Comput Tomogr, 1979

10. Citrin, C.M. and Alper, M.G.: Computed Tomography of the Visual Pathways. Comput Tomogr 1979, Vol. 3, No. 4

11. Sinnott, R.G. and Citrin, C.M.: Computed Tomography of Intrathecal Thorotrast. Neuroradiology, November, 1981, Vol. 20

-4-

12. Munderloh, S., Schnapf, D., Coker, S., and Citrin, C.M.: Changing Ventricular Size in Dural Sinus Thrombosis. Comput Tomogr 1981, Vol. 5, No. 1

13. Citrin, C.M.: Multi-planar Reconstruction as a Method of Eliminating Streak Artifact in Computed Tomographic Images. Comput Radiol, April, 1982

14. Jacobiec, F.A., Yeo, J.H., Trokel, S.L., Abbott, G.F., Anderson, R., Citrin, C.M., and Alper, M.G.: Combined Clinical and Computed Tomographic Diagnosis of Primary Lacrimal Fossa Lesions, Am J. Ophth, December, 1982

15. Targum, S. and Citrin, C.M.: Cerebral Ventricular Size and Major Depressive Disorder Associated with Delusional Symptoms. Biological Psychiatry, 1983

16. Targum, S. and Citrin, C.M.: Delusional Symptoms Associated with Enlarged Ventricles in Depressed Patients. Southern Med J., 1983

17. Johns, T.T., Citrin, C.M., Sherman, J.L., and Black, J.: CT Evaluation of Perineural Orbital Lesions: Evaluation of the ATram-Track@ Sign

18. Jacobiec, F.A., Depot, M.D., Kennerdell, J.S., Shulta, W.T., Anderson, R.L., Alper, M.G., Citrin, C.M., Housepian, E.M., Trokel, S.L.: Combined Clinical And Computed Tomographic Diagnosis of Orbital Glioma and Meningioma. Ophthalmology, February, 1984

19. Wiesel, S.W., Tsourmas, N., Feffer, H.L., Citrin, C.M., and Patronas, N.: A Study of Computer-Assisted Tomography: I. The Incidence of Positive CAT Scans in an Asymptomatic Group of Patients. Spine, Vol. 9, No. 6, 1984

20. Sherman, J.L., Citrin, C.M., and Black, J.: Erdheim-Chester Disease: Computed Tomography in Two Cases. AJNR 6:444-445, 1985.

21. Sherman, J.L., Citrin, C.M., and Bowen, B.J.: Clinical Magnetic Resonance Imaging. MMJ. Vol. 34, No. 7, 1985

22. Citrin, C.M.: High Resolution Orbital Computed Tomography. J Comput Assist Tomogr 10(5):810-816, 1986

23. Jabbari, B., Gunderson, C.H., Wippold, F.J., Citrin, C.M., Sherman, J.L., Bartoszed, D., Daigh, J.D., and Mitchell, M.H.: Magnetic Resonance Imaging In Partial Complex Epilepsy. Arch Neurol 43:869-872, 1986

24. Sherman, J.L., Citrin, C.M., Bowen, B.J., and Gangarosa, R.E.: The Magnetic Resonance Appearance of Normal CSF Flow. JNR 7:3-6, 1986

25. Sherman, J.L., Citrin, C.M., Bowen, B.J., and Gangarosa, R.E.: MRI Demonstration of Altered CSF Flow by Obstructive Lesions. AJNR 7:571-579, 1986

26. Barkovich, J., Wippold, F.J., Sherman, J.L., and Citrin, C.M.: The Significance of Cerebellar Tonsillar Position on MR. AJNR 7:795-799, 1986

27. Sherman, J.L., Citrin, C.M., Gangarosa, R.E., and Bowen, B.J.: The MR Appearance of CSF Pulsations in the Spinal Canal. AJNR 7:879-884, 1986

28. Sherman, J.L., Barkovich, A.J., and Citrin, C.M.: The MR Appearance of Syringomyelia: New Observations. AJNR 7:985-995, 1986

29. Citrin, C.M., Sherman, J.L., Gangarosa, R.E., and Scanlon, D.L.: Physiology of the Flow-Void Sign: Modification by Cardiac Gating. AJNR 7:1021-1024, 1986

30. Sherman, J.L., Citrin, C.M., Gangarosa, R.E., and Bowen, B.J.: The MR Appearance of CSF Flow in Patients with Ventriculomegaly. AJNR 7:1025-1031, 1986

31. Uematsu, S., Rosenbaum, E., Nauta, H.J., Citrin, C.M., Sherman, J.L., Kumar, A.J., Delong, M.R., McArthur, J.C., and Narabayski, H.: Magnetic Resonance Planned Thalamotomy Followed by X-ray CT Guided Thalamotomy. Proceedings of the European Society for Stereotactic and Functional Neurosurgery, 1986

32. Barkovich, A.J., Citrin, D.M., Klara P., Wippold, F.J., and Kattah, J: Magnetic Resonance Imaging of Cysticercosis. West J Med., 145:687-690, 1986

33. Sherman, J.L., Citrin, C.M., Barkovich, A.J., and Bowen, B.J.: MR Imaging of the Mesencephalic Tectum: Normal and Pathologic Variations. AJNR 8:59-64, 1987

34. Barkovich, A.J., Sherman, J.L., Citrin, C.M., and Wippold, F.J.: MR of Postoperative Syringomyelia. AJNR 8:319-327, 1987

35. Sherman, J.L., Citrin, C.M., and Barkovich, A.J.: MR Imaging of Syringobulbia. J Comput Assist Tomogr. 11(3): 407-411, 1987

36. Kumar, A.J., Rosenbaum, A.E., Naidu, S., Wener, L., Citrin, C.M., Lindenberg, R., Kim, W.S., Zinreich, S.J., Molliver, M.E., Mayberg, H.S., and Moser, H.W.: Adrenoleukodystrophy: Correlating MR Imaging with CT. Radiology 1987:165:497-504

37. Hayes, W.S., Sherman, J.L., Stern, B.J., Citrin, C.M., and Pulaski, P.D.: MR and CT Evaluation of Intracranial Sarcoidosis. AJNR 8:841-847, 1987, 1987: AJR 149:1043-1049, 1987

38. Wippold, F.J., Citrin, C.M., Barkovich, A.J., Sherman, J.L.: MR in the Evaluation of Spinal Dysraphism with Lipoma: Comparison with Metrizamide Computed Tomographic Myelography. Ped Radiology 17:184-188, 1987

39. Sherman, J.L., Kopits, S.E., and Citrin, C.M.: MR Imaging of Extrinsic Compression of the Neuraxis in Skeletal Dysplasia. Presented at the 26th Annual Meeting of the American Society of Neuroradiology, New York, May, 1988

40. Sherman, J.L., Citrin, C.M., and Borke, R.: MR of Mesial Temporal Lobe Fissural Cysts: Subarachnoid Cysts Simulating Intra-Axial Lesions. Presented at the 26th Annual Meeting of the American Society of Neuroradiology, New York, May, 1988

41. Citrin, D.M., Sherman, J.L., and Gangarosa, R.E.: Comparison of Strategies for CSF and Blood Flow Motion Artifact Suppression in T-2 Weighted Spin-Echo MR Imaging of the Spine. Presented at the 26th Annual Meeting of the American Society of Neuroradiology, New York, May, 1988

42. Sherman, J.L., Camponovo, E., and Citrin, C.M.: MR Imaging of CSF-Like Choroidal Fissure and Parenchymal Cysts of the Brain. AJNR 11:939, 1990

43. Sherman, J.L., Camponovo, E., and Citrin, C.M.: MR Imaging of CSF-Like Choroidal Fissure and Parenchymal Cysts of the Brain. AJR 155: 1069, 1990

44. Sherman, J.L., Nassaux, P.Y., and Citrin, C.M.: Measurements of the Normal Cervical Spinal Cord on MR Imaging. AJNR 11:369, 1990

45. Armonda, R.A., Ellenbogen, R.G., Citrin, C.M.: Cine Evaluation of the Foramen Magnum in Chiari-I Malformations. Congress of Neurologic Surgeons, Seattle, Washington, 1993

46. Moores, L.E., Bergman, W.C., Robles, H., Fellows, D., and Citrin, C.: The Technique and Clinical Application of Three-Dimensional Holographic Magnetic Resonance Angiography. Poster presentation at the Congress of Neurologic Surgeons, Chicago, 1994

47. Armonda, R.A., Citrin, C.M., Foley, K.T., Ellenbogen, R.G.: Quantitative Cinemode Magnetic Resonance Imaging of Chiari I Malformations: An Analysis of Cerebrospinal Fluid Dynamics. Neurosurgery Vol. 3, 2:214-224, 1994

**SCIENTIFIC BOOKS**

1. Citrin, C.M. and Alper, M.G.: Computed Tomography in Ophthalmology. International Ophthalmology Clinics, Vol. 22, No. 4, 1982

2. Citrin, C.M.: CT in Degenerative Disorders of the Cervical Spine. In: Rao K, Ed. CT/NMR of the Spine, McGraw Hill (in press)

3. Alper, M.G. and Citrin, C.M.: Computed Tomography (CT) of the Orbit. In: Smith, B, ed. Ophthalmic Plastic and Reconstructive Surgery, C.V. Mosby Co.

**BOOK REVIEWS**

1. The Diagnostic Limitations of Computerized Axial Tomography. AJR, 1980

2. Recent Advances in the Diagnosis and Treatment of Pituitary Tumors. AJR and AJNR, 1980

3. Total Body Computerized Tomography. AJR, 1981

4. A Practical Introduction to Cranial CT. AJR, 1981

5. Primary Intracranial Neoplasms. AJNR, 1981

6. Choices and Characteristics in Computerized Tomography. AJR, 1981

7. The Radiologic Clinics of North America, Symposium on Neuroradiology. AJR, 1983

8. Basic Principles of Computed Tomography. AJR, 1984

9. Whole Body Computerized Tomography. AJR, 1984

10. Nuclear Magnetic Resonance Imaging: Basic Principles. AJR, Vol. 143, No. 2

11. Pocket Atlas of Normal CT Anatomy. AJR, 1985

12. Introduction to Magnetic Resonance Imaging. AJR, 1985

**MAJOR SCIENTIFIC PRESENTATIONS**

Armed Forces Institute of Pathology
Commissioned Officers Association
Georgetown Clinical Society
George Washington University Medical Center
Montgomery County Medical Society
Neuro-Ophthalmology Club of Washington
Prince George=s County Medical Society
Radiologic Society of North America
University of North Carolina Medical Center
Walter Reed Army Medical Center
Washington Academy of Medicine
American Society of Neuroradiology
Seventh Meeting of the European Society For Stereotactic and Functional Neurosurgery, 1986

**LECTURESHIPS**

1. Guest Lecturer, Neuroradiology Review Course, Puerto Vallerta, Mexico, 1985

2. Guest Lecturer, American Society of Neuroradiology, New York, 1987

3. Guest Lecturer, Society of Magnetic Resonance Imaging, February 1990

4. Guest Lecturer, 9th Annual Winter Congress, Val d=Isere, France, March 1-8, 1991

5. Guest Lecturer, 5th Congress of Ultrasound, Sao Paulo, Brazil, April 1991

6. 191 Susan Alper Memorial Lecturer, Washington Hospital Center, May 1991

**Adrienne Bukata**

| | |
|---|---|
| From: | Charles Citrin [cmcitrin@gmail.com] |
| Sent: | Wednesday, December 17, 2014 10:33 AM |
| To: | Adrienne Bukata |
| Subject: | Re: 14-0086 Luihn, Jacob and Johanna Luihn v. MX, Inc., State Farm Florida Insuran: |
| Attachments: | CITRIN-CV-2014.doc |

Dear Ms. Bukata:

Thank you for your e-mail note.   I have attached a copy of my CV for your records.

My fees are as follows

| | |
|---|---|
| Chart review | $675/hour |
| Trials and Depositions | $750/hour |

Please let me know if you require any other information.

Thank you,

Chuck Citrin

# Charles M. Citrin, M.D.

Board Certified in Radiology

---

January 18, 2015

Mr. Bruce Trybus
Cooney Trybus Kwavnick Peets
1600 West Commercial Blvd.
Suite 200
Fort Lauderdale, Florida 33309

Re: Jacob Luihn

Dear Mr. Trybus

I have reviewed the provided medical history, depositions and imaging studies pertaining to Mr. Jacob Luihn.

Many of these medical records are in reference to a motor vehicle accident that took place on March 13., 2012.

My review of these records reveals no imaging findings that are consistent with a traumatic brain injury. There is little in the way of clinical evidence of a traumatic brain injury. There is little or no change in the appearance of the brain when comparing pre-MVA cranial imaging studies to post-MVA cranial imaging studies.

I conclude that Mr. Luihn did not suffer a traumatic brain injury secondary to the 2012 car accident.

Yours sincerely,

Charles Citrin M.D.