UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CV-21515-WILLIAMS

JACOB LUIHN and JOHANNA LUIHN,

       Plaintiffs,

vs.

MX, INC., a Foreign for profit Corporation;
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation; and
FRANK NICHOLS, an individual,

       Defendants.

                               /

### DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's 2nd SUPPLEMENTAL REBUTTAL EXPERT WITNESS DISCLOSURE

       Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY pursuant to the Honorable Court's Order Amending Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures dated June 2, 2014, hereby supplements their Rebuttal Expert Witness Disclosure as follows:

### REBUTTAL EXPERT WITNESS

1.      Jose Nadine Garcon, Psy.D.
        JNG Health Network
        1133 Southwest 167th Avenue
        Pembroke Pines, FL 33027

        Dr. Garcon is a psychologist. She is not a "retained" expert in this case. She is expected to testify about the results of her meeting and testing performed on Plaintiff. Her testimony will be based upon her interview with Plaintiff, the testing performed, her review of documents and upon her education, training and experience.

Pursuant to Rule 26(a)(2):

Please see Dr. Garcon's background and report are attached as Defendant's Exhibit "A."

Dr. Garcon was not officially retained by Defendant.


DATED:   January 21, 2015

Attorneys for STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone: (954) 568-6669
Fax: (954) 568-0085

*[Signed by attorney electronically after review]*

By: _____

BRUCE TRYBUS
Florida Bar Number 972983
Primary: reception@ctkplaw.com
Secondary: yhall@ctkplaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this   21st   day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served on this date on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

/s/  BRUCE TRYBUS
BRUCE TRYBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:  1:14-cv-21515-Williams

*JACOB LUIHN v. MX, INC.; STATE FARM, et al.*

### SERVICE LIST

Daniel J. Rheaume, Esquire
Welt & Rheaume, P.A.
4770 Hollywood Boulevard
Hollywood, FL 33021
(954) 966-4646
(954) 966-4642 (fax)
pleadings@wrflalaw.com
Attorneys for Plainifffs:  Jacob and Johanna Luihn

Morgan Adams, Esquire
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, TN 37402
(423) 265-2020
(423) 265-2025 (fax)
adams@tennesseeaccidentlaw.com
Jennifer@tennesseeaccidentlaw.com
Attorneys for Plaintiffs:  Jacob and Johanna Luihn

Derek H. Lloyd, Esquire
Luks, Santaniello, Petrillo & Jones
150 West Flagler Street
Suite 1675
Miami, FL 33130
(305) 377-8900
(305) 377-8901 (fax)
luksmia-pleadings@ls-law.com
Attorneys for Defendants:  MX, Inc. and Frank Nichols

Clinicians Information                                                                 Page 1 of 2

Home | About Us | Services | Clinicians | Forms | Payments | Resources | Contact Us | Our Blog

# Dr. Jose Nadine Garcon
## Executive Director
## Licensed Psychologist

| | |
|---|---|
| Dr. Garcon has been working in the mental health field for the past 17 years. She has significant experience in working with children, adolescents, and mentally ill adults. She is proficient in various evidenced based practices designed to help individuals, groups, and families master their behavioral and emotional problems. | **Education**<br><br>Carlos Albizu University. **Doctorate & Master of Science**, Clinical Psychology.<br><br>Florida International University. **21 Graduate Credits,** Special Education & **Bachelor of Arts,** Psychology. |
| Dr. Garcon completes an average of 100 psychological evaluations per year including. They include intellectual, personality, neuro-psychological, dependency, forensic, vocational, and general psychological assessments. | **Publication**<br><br>Cultural Knowledge, Identity, Self-esteem and Intercultural Interaction-Poster Presentation APA Convention, August 2006 |
| Dr. Garcon speaks Creole/French fluently and has translated many psychological tools to better serve the growing population of Creole speakers in South Florida. In addition Dr. Garcon possesses great leadership skills, commitment to helping others, and high ethical standards. | **Certification**<br><br>HIV-AIDS, First Aide & BLS |

| | |
|---|---|
| **Clinical Work Experience**<br><br>Began in 1993. Previous employers include:<br><br>Bayview Center for Mental Health, Citrus Health Network, Center for Family & Child Enrichment, Jackson North Community Mental Health. | **Teaching Work Experience**<br><br>Began in 1996. Previous & current schools include:<br><br>Dade County Public Schools , Broward County Public Schools , Miami Dade College , Broward College , & Florida International University. |



**Contact a Clinician Today**

**Complete, Fax, or E-mail the Referral Form**





EXHIBIT

A

Clinicians Information

**To Refer a Family or Friend**

**All information received are always considered Privileged and Confidential and are treated according to the Ethical Guidelines and Standards set by the American Psychological Association, HIPPA, and the Florida Department of Health.**

1133 SW 167 Ave. Pembroke Pines, Florida 33027 | Phone #: 954-404-7052 / 305-724-8040 | Fax: 954-435-5982 | dr.garcon@jnghealth.com

Powered by Register.com



**Memory and General Clinical Evaluation**
**with Mental Status**

## Privileged & Confidential

K. Edwards
Medical Disability Adjudicator
Office of Disability Determinations
P.O. Box 8729
London, KY 40742-9965

| | | |
|---|---|---|
| **Client:** Jacob Anthony Luihn | **Social Security #** | **Date of Birth:** |

**Case #:** 2757342          **Assessment Date:**   September 26, 2012

Thank you for referring your client, Jacob Anthony Luihn, for a Memory Test and General Clinical Evaluation with Mental Status to assist in his disability determinations. Jacob reported that his mother in law transported him to the office. He arrived on time for the scheduled appointment. The evaluation took place on September 26th, 2012 and Jacob, on his own, provided all of his background information. Before beginning the assessment, he was advised of the purpose of the evaluation and the limits of confidentiality.

**Basis of Evaluation:**

- Clinical Interview
- Mental Status Screening
- Wechsler Memory Scale, 4th Edition (WMS-IV)
- Review of partial SSA Application

### PSYCHOSOCIAL DATA

**Background Information:**

Jacob is a 34 year old White Caucasian male born and raised in South Florida. He has been married for the past 14 years and has two daughters, ages 12 and 6 years old. He currently lives with his wife and daughters. Regarding his childhood, Jacob reported that he was raised by both his parents and had a non-eventful childhood. He has a twin brother and a sister that is a year and half older than him. Jacob reported with a series of family and financial stressors related to a car accident he had in March 2012. He reported that he is applying for disability benefits due to the symptoms and cognitive impairments resulting from this accident

**Chief Complaints:**

According to Jacob, he had a severe car accident with an 18 wheeler six months ago. Since the accident, he reported to be suffering from depression resulting from decreases functioning, difficulties following conversations ("I just go blank"), decreased short term memory, decreased attention span, and an inability to concentrate.



Main Office:
11353 SW 167 Ave
Pembroke Pines, FL 33027

Broward County:
5440 North State Rd 7, Ste 202
Fort Lauderdale, FL 33319

Dade County:
1225 West 49 Place, Ste 457
Hialeah, FL 33012

Phone:
305.724.8640
954.404.7952
Fax 954.435.5093

E-mail & Web:
drgarcon@comcast.net
jnghealth.com

Jacob Anthony Luihn

## Medical & Mental Health History:

Jacob denied any previous history of mental health treatment or problems. However, he did report to be in treatment with a neuropsychologist (Dr. Arias) and to have had 6 visits with him already. He also said to be receiving treatment from Dr. Suite, a neurologist, for the past 5 months. However, he is not taking any medications at this time. A history of family mental health problems was denied.

Medically, Jacob reported to have three hernias and also to suffer from a series of symptoms since he had the accident, to include headaches, blurry vision, ringing in his ear and the loss of some use of his left hand. Also, Jacob endorsed some somatic symptoms, including dizziness and nausea. He reported to have received a head injury at the time of the accident, which led to his having lost consciousness a few times after such accident. He also had surgery for a facial reconstruction and left hand reconstruction.

## Substance Abuse History:

Jacob denied any history of alcohol consumption, illicit drug use, or cigarette smoking.

## Education & Employment History:

Jacob reported completing a technical certificate in elevator mechanics and heavy equipment. He said to have worked a number of jobs, but most recently he worked for RW Harris (a foundation company where he worked for a year and three months). He reported that he did not go back after the accident because the doctors recommended he did not return to work as a result of the severity of his injuries. In the past, he has also worked as an elevator mechanics for 4 and half years and in heavy equipment maintenance for 6 months. Overall, he has not sustained employment since March 2012.

## Legal & Social History:

Jacob reported having never been arrested or having any legal problems. He did report with a military history, but explained that he fell while getting off a bus on his first day in the Air Force and was discharged.

## CLINICAL FINDINGS

### Behavioral Observations:

Jacob was observed appropriately dressed and his overall hygiene seemed satisfactory. He presented his stated age and reported weighing 177 lbs. and being 5'4" tall. Jacob's motor activity was within normal limits. He maintained appropriate eye contact and his hearing appeared to be within normal limits. His speech was normal in pitch and tone; the content of his speech was logical and organized and he did not present with any speech impediment or difficulties coordinating his thoughts into words. Jacob was left hand dominant. He was cooperative, pleasant, and behaviorally appropriate throughout the length of the evaluation. Sufficient rapport was established and Jacob seemed consistent in his responses to the interview questions. He also presented with appropriate level of effort into the tasks he was given.

When asked how he was feelings, Jacob reported "depressed, because I know I'm not the same and people notice it...it bothers me." He presented with anxious mood and congruent affect. Jacob denied any present or past history of suicidal or homicidal ideations, plans or attempts. He endorsed some feelings of depression, to include sadness, withdrawn behavior, anhedonia, fatigue, and feelings of low self worth. He also reported that he often feels worried, irritable, and becomes easily stressed. His eating habits were reported as being normal. However, he also reported having difficulties staying asleep and added, "I'm constantly falling asleep, but I can't stay asleep."

Upon observation, Jacob was able to sustain attention and was able to focus on the tasks he was given. His intelligence seemed to be average. Insight into his medical and emotional problems, judgment, and impulse control were good. Jacob's thought process was logical and organized; thought content was appropriate and

always congruent to the discussion. He denied any experiences of hallucinations or delusions and there were no overt symptoms of a thought disturbance present at any time during the evaluation.

**Mental Status Examination:**

Jacob was oriented (X4) to person, place, time, and situation. He was also observed able to present information on his own in a logical and sequential manner. According to the clinical findings, Jacob's short term memory was good although his long term memory was poor, as he was able to recall 3 words shortly after they were repeated to him, but only one of those words after a time delay. Jacob's attention and concentration were good, for he was able to process 5 numerical digits forward and also was able to process 5 numerical digits backwards. Jacob was able to follow a simple 3 step command; he was also able to follow more cognitively complex commands, for he was able to count backwards by 3 from 100 and to spell *'WORLD'* backwards. Jacob's general knowledge was very good when his level of education is factored, as he was able to name 2 of the 7 continents, named who is associated with the theory of relativity, knew who wrote Hamlet, and knew how many weeks are in a year, among other questions of fact.

Jacob's ability to complete simple mental calculations was good, as he was able to complete basic addition and subtraction problems, as well as to complete multiplication problems used in everyday living. For example he knew how much 6 packs of gum would cost if one is worth 25 cents, how much money he would have left if he originally had $18.00 and spent $7.50, and knew what his remaining balance would be from a $150.00 bill if he paid the minimum payment of $40.00, among others. Jacob's social reasoning was good as he was able to generate reasons such as why people pay taxes ("to support the infrastructure; take care of roads and schools"), why a doctor's prescription is needed for some medications ("because they are controlled substances"), and explain why free speech is important in a democracy ("so everyone's opinion can be heard"). Jacob's abstract reasoning was good, as he was able to rationalize a common proverb. His deductive reasoning was good as he was able to depict the similarities between all of the concepts he was given, such as poem-statue, car-boat, and table-chair, among others. Furthermore, Jacob was able to duplicate all of the 5 figures that were presented to him from the Bender Gestalt Test, indicating a good ability to coordinate and relate visual information to motor responses. He was also able to express a complete thought through sentence writing.

**TEST RESULTS**

**Memory Capacity:**

The Wechsler Memory Scale, 4th Edition (WMS-IV) was used to assess Jacob's overall memory capacity. He obtained the following aged normed scores:

| Wechsler Memory Scale – 4th Edition (WMS-IV) Average Score = 100 | | | | |
|---|---|---|---|---|
| **Primary Indexes** | **Index Score** | **Percentile Rank** | **Confidence Interval** | **Qualitative Description** |
| Auditory Memory | 85 | 16 | 80 ~ 92 | Low Average |
| Visual Memory | 138 | 99 | 131 ~ 142 | Very Superior |
| Visual Working Memory | 100 | 50 | 93 ~ 107 | Average |
| Immediate Memory | 105 | 63 | 99 ~ 111 | Average |
| Delayed Memory | 116 | 86 | 108 ~ 122 | High Average |
| Subtests Scaled Scores; Age Average = 10 | | | | |
| **Subtests** | **Scaled Score** | **Subtests** | | **Scaled Scores** |
| Logical Memory I | 4 | Designs II | | 15 |
| Logical Memory II | 4 | Visual Reproduction I | | 14 |
| Verbal Paired Associates I | 10 | Visual Reproduction II | | 18 |
| Verbal Paired Associates II | 12 | Spatial Addition | | 10 |
| Designs I | 15 | Symbol Span | | 10 |

Jacob's lowest score was in Auditory Memory (85), at the low average range. This memory capacity seemed to have been negatively affected by significant lower scores in Logical Memory I (4) and Logical Memory II (4). These subtests measure narrative memory under free recall, requiring one to be able to receive auditory information and recall it shortly afterwards and after a time delay, based on a likely every day story. Despite his difficulties with this particular task, Jacob was able to recall paired words that also required auditory processing as he scored within the average range in Verbal Paired Associates I (10) and Verbal Paired Associates II (12). His level of attention during the initial task could have influenced his performance, rather than a discrepancy in auditory memory per se.

Jacob performed very well in Visual Memory (138), at the very superior range. His subtest scores in this area were similarly high, although he did score somewhat higher in Visual Reproduction II (18). Overall, his ability to recall visual information is exceptionally high. Jacob scored in the average range in Visual Working Memory (100), meaning that his ability to temporarily hold and manipulate spatial locations and visual details is within the norm. He scored within the average range in both subtests that make up this Index, to include Spatial Addition (10) and Symbol Span (10). Jacob also scored within the average range in Immediate Memory (105) and in the high average range in Delayed Memory (116). These scores show no impairment in his ability to recall information immediately after it was presented or after a time delay.

It is possible that Jacob is experiencing some symptoms of depression since the accident which could be hindering his ability to concentrate at times. Also, his premorbid memory functioning could have been even higher before the accident and, therefore, it's possible that he is perceiving such difference in functioning as an impairment. However, these scores indicate good memory capacity overall.

**Functional Capacity:**

Jacob reported that he requires assistance from his wife to shower and getting dressed because he tends to lose his balance, become dizzy, and has weakness in his left hand (which is his dominant hand). However, Jacob reported that he is able to prepare simple meals (such as microwaveable meals, sandwiches, and frying eggs). He also is able to do light cleaning as long as he does not have to bend or lift things and is also able to shop on his own using the motor powered cart. He reported not being able to drive since the accident due to his dizziness and other previously discussed symptoms. As to his ability to manage his funds, he reported knowing how to pay bills, use a credit card, and write a check with some help from his wife. He also said that he does not feel he is able to spend money responsibly any longer because he often forgets what he spend money on. Also, he reported that he requires assistance at times because of his difficulties with computation of numbers. On a typical day, Jacob said that he is usually dizzy and spends the day with headaches. He added that he tries to read, but struggles following through with what he is reading. He also reported that he engages in cross word puzzles as recommended by his neuropsychologist.

According to the Mental Status Exam Jacob has some impairment in his long term memory, yet all other aspects of cognitive and reasoning abilities were within normal limits. During the evaluation, Jacob was observed as being able to present information logically, coherently, and in an organized manner. He also had good insight, judgment, good impulse control, is able to coordinate visual information to motor responses, and was always behaviorally appropriate.

The results of the Wechsler Memory Scale (WMS-IV) show that his memory capability are all within the average to superior range, except for his scores in Auditory Memory which were in the low average range. These scores indicate that Jacob has no memory impairment that could interfere with his ability to sustain employment or manage his own funds. The results were congruent with the observations and the results of the mental status exam, which indicate overall good mental-cognitive functioning. It is possible that Jacob's memory functioning was even higher before the accident and, therefore, he perceives his current functioning below what he considers normal for him. Nonetheless, the results of the memory test indicate that his memory functioning is in many cases average (or higher than average) when compared to the regular population. It is

likely that with continuous mental health treatment for some depressive symptoms and assistance finding employment, Jacob could re-enter the work force.

## SUMMARY:

Jacob is a 34 year old male who is complaining of cognitive and memory decline after a serious car accident in March 2012. Since the accident, he reported to be suffering from depression resulting from decreased functioning, difficulties following conversations, decreased short term memory, decreased attention span, and an inability to concentrate. The results of the mental status exam show deficiency in his long term memory (although such deficiency failed to show on the memory test and was not evident throughout the assessment as he was able to recall all of his background information). All other cognitive skill were satisfactory to include: short term memory, attention and concentration, ability to follow simple and complex commands, general knowledge, ability to complete mental calculations, and social, abstract, and deductive reasoning. He was capable of expressing a complete thought in writing and had good visual-motor skills and coordination.

The results of the Wechsler Memory Scale (WMS-IV) show that Jacob's memory capability are all within the average to superior range, except for his scores in Auditory Memory (85) which were in the low average range. This includes very superior Visual Memory (VMI=138), and average Visual Working Memory (VWMI=100) and Immediate Memory (IMI=105), and high average Delayed Memory (DMI=116). Although Jacob's premorbid memory capacity could have been higher than currently indicated, he is currently functioning within the average range if not better than most of his peers. Jacob was also behaviorally appropriate, oriented to all spheres, and was able to follow through with directions and instructions. The observations made during the evaluation and the results obtained suggest that Jacob should be able to sustain employment and manage his own funds. However, continuous mental health treatment for some of his depressive symptoms and assistance finding appropriate employment placement could make the transition of re-entering the work force easier.

| Five Axis DSM-IV-TR Diagnostic Impression | | | |
|---|---|---|---|
| Axis # | Axis Name | Code | Description of Client's Condition/Status |
| I | Clinical Disorder | 309.0 | Adjustment Disorder, Acute, with Depressed Mood |
| II | Personality Disorder | 799.9 | Diagnosis Deferred |
| III | Medical Condition | | Per Jacob's Report: Headaches, blurry vision, ringing in his ear, left hand weakness (all post car accident); three hernias |
| IV | Situational Stressors | | Medical, financial, and vocational stressors |
| V | Global Assessment of Functioning | 68 | Mild symptoms and impairment |

## Prognosis:

Jacob began receiving interventions early after the car accident, he has good family support, and is fairly young. Also, his mental health and memory difficulties do not seem to be significantly impairing his overall functioning. At this time, prognosis is good.

## Recommendations:

1.  Jacob presents able to sustain employment and care for his own funds, for he had good memory functioning, good overall cognitive abilities, good reasoning, and is also logical, organized, and fully oriented to all spheres. Jacob further presented with good insight, judgment, impulse control, and was always behaviorally appropriate. Based on these factors, support and interventions by the Office of Disability do not appear to be substantiated.

2.  Jacob would benefit from the following interventions:

Jacob Anthony Luihn

    a.  Assistance finding employment congruent with his current functioning.

    b.  Individual or group therapy to help Jacob deal with changes in his life since the accident.

    c.  Follow up with all medical treatment recommendations including physical therapy as needed.

I, Jose Nadine Garcon, hereby certify that the preparation of this evaluation was performed consistent with Chapter 490, Florida Statutes, as well as with rules and regulations promulgated pursuant thereto.

Isis Rotella, M.S., M.F.T.
Mental Health Evaluator

Jose Nadine Garcon, Psy.D.
Executive Director / Supervising Psychologist
Florida License # PY 7571



**General Clinical Evaluation & Mental Status – Adult**

SS#:

Mostly English, but speaks Spanish

## Personal Information

| Name | Jacobo Anthony Grihn | Date | 9/26/12 |
|---|---|---|---|
| Address | | Phone # | (786) 353-7884 |
| | | Alternate # | |
| Age 34 | D.O. | Gender Male | Race/Ethnicity White/Cauc. | Place of Birth Miami, FL |
| Arrived to the Office by | ☐Public Transportation ☐Taxi ☐Drove Own Car ☒Driven by mother in law | | |
| | ☒On Time ☐Early ☐Significantly Late | Stopped driving after the accident in March 2012 |
| Accompanied by | M Law. | | |
| Information provided by | ☒Claimant Only ☐Claimant & | | (Name) |

## Background Information:

| History of Migration | Always in USA. |
|---|---|
| Biological Parents - Raised by | Raised by both parents. Non-eventful childhood. |
| Siblings - Birth Order - Relations with | Twin brother also a ___ older sister (36 years old) and ___ (DP) |
| Childhood - Upbringing | Non eventful. No behavioral issues |
| Marital Status - Significant Relationships | Married for 14 years. Only marriage |
| Children - Relationship with | 2 girls (12)(6). |
| Grandchildren - Relationship with | |
| Current Living Arrangements | Going w/ wife & kids |
| Social or Familial Problems - Conflicts with others | Financial stress since the accident. |

General Clinical Eval with Mental Status – Adult                                    Page 2 of 8

Car accident w/ an 18 wheeler.

## Referral Information:

| Reason for Referral & Presenting Problem: - Why you are here or why you don't think you can work? | Depression due to his decreased functioning; diff following through w/ conversations ("I just go blank"); ↓ Short term memory; ↓ attention / concentration |
|---|---|

## Personal History:

| Mental Illness & Treatment - Hospitalizations Hx — none - Mental health treatment — none - Family Hx — none | - Dr. Arias (neuropsychologist), 6 visits w/ him since the accident. - Dr. Suites neurologist. — Inde past 5 months |
|---|---|
| Medical Illness & Treatment - Hospitalization Hx - Family Hx - Surgeries — | none. Since the accident: Headaches, vision, pain and gn lss lost sens. arm ⊗ left hand, ren. facial reconstruction & left hand reconstruction, before accident 3 hernias. |
| Medications: - Past or current - Psychiatric - Medical | none |

Have you or are you experiencing any of the following?

☑ Headaches  ☑ Blurred vision  ☐ Sore Throat  ☑ Dizziness  ☐ Swelling  ☐ Chest pain  ☐ Cough

☐ Breathing Difficulties  ☐ Stomach pain  ☑ Nausea  ☐ Vomiting  ☐ Diarrhea  ☐ Not applicable

☐ Pregnancies (If yes, give detail): _____

☑ Head injuries (If yes, give detail): yes

☑ Loss of consciousness (If yes, give detail): Said he loss consciousness a few times after the accident

| Developmental Hx (Adults with Mental Retardation) - Age Walking, Talking, Toilet Training etc... | |
|---|---|
| Substance Abuse & Treatment - Alcohol, cigarettes, coffee - Marijuana & other drugs - Prescription Drugs / Opioids - Frequency of use - Date began using | none none |

Rev 08/11

General Clinical Eval with Mental Status -- Adult                                    Page 3 of 8

| Education<br>• Technical school, college<br>• Why discontinued or why never attended? | *Technical - Elavador Mechanics & Heavy Eqipment* *(Was) Elavadors (mechanic) 4/5 yrs* |
|---|---|
| Employment<br>• Why unemployed<br>• When last worked | *Poo-line (maintenance) Heavy equipment (a month) 2012 w helper* *R.W. Harris (a forward/car company) was 3 months.* *March 2012 and he was attempting to go back due to the grinding lower injury & Dr. the doctor recommended he did not return to work.* |
| Legal History<br>• Arrests — *none*<br>• Gang Involvement — *none* | |
| Military History — | *Said he joined the Air Force but fell off the bus on first day & was discharged* |

## Behavioral Observations - Presentation (Check all that apply & specify additional detail when needed):

| General Appearance | Clothing | ☑ Appropriate | ☐ Disheveled | ☐ Not Appropriate for Setting |
|---|---|---|---|---|
| | Hygiene/Grooming | ☐ Good/Well-Kept | ☑ Satisfactory | ☐ Poor ☐ Malodorous |

| Physical Appearance | ☑ Appear Stated Age | ☐ Older | ☐ Younger | |
|---|---|---|---|---|
| | Height/weight 5'4" / 177 lbs | | | |

| Ambulation | ☑ WNL | ☐ Unsteady | ☐ Cane / Wheelchair / Walker |
|---|---|---|---|
| | ☐ Antalgic gait | ☐ Assistive device | ☐ Other Gait Abnormality |

| Motor Activity | ☑ WNL | ☐ Retarded | ☐ Accelerated | ☐ Stuporous |
|---|---|---|---|---|
| | ☐ Hyperactive | ☐ Slow | ☐ Restless | ☐ Tremors / Shakes |
| Eye Contact | ☑ WNL | ☐ Poor | ☐ Variable | ☐ Eyeglasses (for seeing/shades) |

| Hearing | ☑ WNL | ☐ Poor | ☐ Hearing aides | |
|---|---|---|---|---|

| Speech -- Pitch & Tone | ☑ WNL | ☐ High | ☐ Low | ☐ Unusual | ☐ Monotone |
|---|---|---|---|---|---|
| Speech Content | ☑ WNL | ☐ Slowed | ☐ Slurred | ☐ Over productive | |
| | ☐ Clanging | ☐ Pressured | ☐ Sparse | ☑ Logical / Illogical | |
| | ☐ Incoherent | ☐ Rapid | ☐ Fluent | ☑ Organized / Disorganized | |
| | ☐ Tangential | ☐ Limited | ☐ Aphasic | ☑ Spontaneous / Non-spontaneous | |
| | ☐ Dysarthric | ☐ Stutters | ☐ Echolalia | ☐ Intelligible / Unintelligible | |

| Hand Dominance | ☐ Right | ☑ Left | ☐ Ambidextrous | | |
|---|---|---|---|---|---|

| Behavior & Attitude | ☑ Cooperative | ☐ Guarded | ☐ Belligerent | ☐ Dramatic | ☑ Agitated |
|---|---|---|---|---|---|
| | ☐ Withdrawn | ☐ Hostile | ☐ Combative | ☐ Manipulative | |

Rev 08/11

General Clinical Eval with Mental Status – Adult

| | | | |
|---|---|---|---|
| **Effort** | ☑ WNL | ☐ Minimal | ☐ Need Prompting |
| **Rapport** | ☑ Established | ☐ Difficult to Established | ☐ Not Established |
| **Responses** | ☑ Frank | ☐ Over-exaggeration of Symptoms | ☐ Inconsistent / Dishonest |
| | | ☐ Minimize Symptoms | |

**Behavioral Observations – Emotions (Check all that apply & specify additional detail when needed):**

Mood Reported: "Depresed because I know I'm not the same ¿ people notice it... It bothers me"

| | | | | |
|---|---|---|---|---|
| **Mood Observed** | ☐ Content | ☐ Euphoric | ☐ Apathetic | ☑ Depressed / Sad / Dysthymic |
| | ☐ Angry | ☐ Confused | ☐ Irritable | ☑ Anxious / Fearful / Worried |
| | ☐ Variable | ☐ Distrustful | ☐ Optimistic | ☐ Neutral |
| **Affect** | ☐ Labile | ☐ Constricted | ☐ Blunted | ☐ Appropriate / Inappropriate Range |
| | ☐ Flat | ☐ Depressed | ☐ Tearfulness | ☑ Congruent / Incongruent to Mood |
| **Suicide Current** | ☑ None | ☐ Ideations | ☐ Plans / Threats | ☐ Attempts ☐ Self Injury |
| **Past** | ☑ None | ☐ Ideations | ☐ Plans / Threats | ☐ Attempts ☐ Self Injury |
| **Homicide Current** | ☑ None | ☐ Ideations | ☐ Plans / Threats | ☐ Attempts ☐ Causes Injury |
| **Past** | ☑ None | ☐ Ideations | ☐ Plans / Threats | ☐ Attempts ☐ Causes Injury |
| **Depressed Symptoms** | ☑ Sadness | ☐ Helplessness | ☑ Hopelessness | ☐ Depressed mood |
| | ☑ Withdrawn | ☑ Anhedonic | ☑ Low self-esteem | ☐ Anger / Aggression |
| | | Fatigue ☑ | ☑ Low self-worth | ☐ Low motivation |
| **Anxiety Symptoms** | ☑ Worries | ☐ Anxious | ☐ Panic attacks | ☑ Easily stressed |
| | ☐ Fears | ☑ Irritable | | |
| **Eating Habits** | ☑ WNL | ☐ Poor Nutrition | ☐ Increased Appetite | ☐ Decreased Appetite |
| **Sleep** | ☐ WNL | ☐ Increased sleep | ☐ Decreased sleep | ☑ Difficulty Falling Asleep |
| | ☐ Nightmares Night Terrors | ☐ Early morning awakening | ☐ Restless Sleep | ☑ Difficulty Staying Asleep |

"I'm constantly falling asleep, but can't stay asleep"

**Behavioral Observations – Cognition (Check all that apply & specify additional detail when needed):**

| | | | | |
|---|---|---|---|---|
| **Attention Span** | ☑ Sustain attention/focus | ☐ Easily Distracted/lacked focus | ☐ Inattentive / Shortened | |
| **Intelligence** | ☑ Average | ☐ Below average | ☐ Above average | ☐ Significantly Low |
| **Insight** | ☑ WNL | ☐ Poor | ☐ Good | ☐ Superficial ☐ Limited |

Rev 08/11

General Clinical Eval with Mental Status – Adult                                        Page 5 of 8

| Judgment | ☑ WNL | ☐ Poor | ☐ Impaired | ☐ Limited |
|---|---|---|---|---|
| **Impulse Control** | ☑ WNL | ☐ Poor | ☐ Explosive | ☐ Impulsive    ☐ Low Impulse |
| **Thought Process** | ☑ Logical | ☐ Goal directed | ☐ Concrete | ☐ Loosening of associations |
| | ☐ Slow | ☐ Confused | ☐ Perseverance | ☐ Poor Comprehension |
| | ☐ Tangential | ☐ Circumstantial | ☐ Flight of ideas | ☐ Abstraction ability |
| **Thought Content** | ☑ Appropriate | ☐ Paranoid | ☐ Blaming | ☐ Congruent to Discussions |
| **Hallucination** | ☑ None | ☐ Auditory | ☐ Visual | ☐ Command |
| | ☐ Olfactory | ☐ Tactile | | ☐ Gustatory |
| **Delusions** | ☑ None | ☐ Persecutory | ☐ Grandiose | ☐ Erotomanic |
| | ☐ Somatic | ☐ Jealous | ☐ Religious | |

**Functional Capacity:**

| | |
|---|---|
| **Daily Living Skills**<br>- Shower ✓<br>- Dress ✓<br>- Cook<br>- Clean<br>- Shop<br>- Drive | My wife helps him shower @ b/c he does do lose his balance, gets dizzy, & due to weakness on left hand  simple meals (microwave), prepare a sandwith  Son did dad's but doesn't require, fix easy one bending & lifting (due to dizziness) cart |
| **Can you manage your finance?**<br><br>☐ Yes ☐ No | Can pay bills (i.e. cell phone) ☐ Yes ☐ No<br>Knows how to use credit/debit EBT card ☑ Yes ☐ No<br>Can write a check ☑ Yes ☐ No w/ some help from wife<br>Spends money responsibly ☐ Yes ☑ No    but hand off to wife |
| **Ability to parent small children.** | No b/c I don't remember what I spend money on sometimes |
| **How do you spend your typical day?** | I am usually dizzy I have headache, I try to read but I the hard to follow. Dr. Brian told me to do the crossword puzzles to help |
| **Are you capable of performing simple, repetitive tasks?** | w/ very concentration |
| **Additional Notes:** | |
| | |
| | |
| | |

Rev 08/11

General Clinical Eval with Mental Status – Adult

## Mental Status Exam:

| | |
|---|---|
| **Orientation** | ☐ Alert ☑ Person ☑ Place ☑ Time (Day – Date – Month – Year – Time) <br> ☐ Situation ☐ Delirious ☐ Disoriented |
| **Ability to Present Historical / Background Information** | ☑ Logical & followed good sequential order ; minimal to no impairment in remote – long term memory <br><br> ☐ Difficulties in presenting information sequentially; scattered unable to provide dates & significant details; some impairments in remote – long term memory <br><br> ☐ Unable to provide information, depended on others; significant impairment in remote – long term memory |
| **Short Term Memory (Immediate Recall):** | Apple, Penny, Car <br> *Figue, peni, machine* |

**Attention – Digits Forward**

| | |
|---|---|
| 2 – 9 | 4 – 6 |
| 3 – 8 – 6 | 7 – 9 – 5 |
| 9 – 4 – 1 – 7 | 3 – 8 – 4 – 2 |
| ⊗ 2 – 7 – 9 – 4   8379 | 6 – 1 – 5 – 7 – 3   61573 |
| ⊗ 3 – 8 – 9 – 1 – 7 – 4   39784 | ⊗ 9 – 6 – 4 – 8 – 2   7968 |
| 5 – 1 – 7 – 4 – 3 – 6 – 8 | 9 – 8 – 5 – 2 – 1 – 7 – 4 |

**Concentration – Digits Backwards**

| | |
|---|---|
| 3 – 5 | 6 – 9 |
| 2 – 7 – 4 | 8 – 5 – 7 |
| 1 – 5 – 9 – 6   6951 | 3 – 4 – 9 – 8 |
| 4 – 1 – 3 – 5 – 7   75314 | 9 – 7 – 8 – 5 – 2 |

| | |
|---|---|
| **Simple Commands** | Take this piece of paper with your non- dominant hand, fold it in half and place it on the floor |
| **Complex Commands** | ✓ Count from 100 backwards by 3     97 – 94 – 91 – 88 – 85 – 82 – 79 <br> ✓ Spell World backwards     DLROW     EDNOM     ODNUM <br> VOR |
| **Long Term Memory (Registration, Delayed – Recall):** | Recall the three words above <br> Apple, Penny, Car <br> *Figue, peni, machine* |

| | |
|---|---|
| **General Knowledge** | What day comes after Tuesday? — Wed <br> Name 4 presidents. — Obama, Clinton, Bush, Kennedy <br> Name 2 of the 7 continents. — North America, South America <br> Who was Martin Luther King or Gandhi or Louis Armstrong or Toussaint Louverture or Christopher Columbus? → an Explorer, Disc. America in 1492 <br> How many weeks are there in a year? — 52 <br> Who wrote Hamlet? Shakspear <br> Whose name is associated with the theory of relativity? Einsten |

General Clinical Eval with Mental Status – Adult                                    Page 7 of 8

| Calculations: | How much is $6.00 plus $3.00 **9** |
|---|---|
| 5/5 | If you buy $7.00 worth of gas and pay for it with a $10.00 bill, how much change should you get back? **3** |
| | If one pack of chewing gum cost 25 cents how much is 6 packs of gum cost? *$1.50* |
| | If you had $18.00 and spent $7.50 how much change should you have left *$10.50* |
| | Your phone bills shows that you owe a total of $150.00 but have a minimum payment of $40.00. If you only pay the minimum, what would be the remaining balance on your phone bill? *$110.00* |
| **Social Reasoning:** 4/4 | What would you do if you saw smoke coming out of your neighbor's house? *Call 911* |
| | Why should people pay taxes? *To support the infrastructure, like care of roads, schools* |
| | Why do you need a prescription from a doctor for some medications? *B/C they are controlled substances* |
| | Why is free speech important in a democracy? *So unexpected opinion can be heard* |
| **Abstract Reasoning** – What does it mean? 1/1 | Don't cry over spilled Milk *"It's not that big of a deal"* |
| | Strike while the iron is hot |
| | You can't block the sun with your thumb |
| | Dlo poze se li pou pi pe |
| **Deductive reasoning** – Why are they the same or similar? 5/5 | Red – blue – *colors* |
| | Orange – Banana – *fruits* |
| | Table – Chair – *dining furniture* |
| | Car – boat *vehicles* |
| | Poem – statue – *works of Art* |

Rev 08/11

General Clinical Eval with Mental Status – Adult

**Visual-Motor Skills & Expression of Thought through Sentence Writing:**

Client Name: Jacob Luthn          Date: 9/26/12



Write a sentence / Escribe Una Oracion / Ekri on fraz

I love my wife.

Rev 08/11