UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-21515-DPG

JACOB LUIHN and
JOHANNA LUIHN,

Plaintiffs,

v.

MX, INC., a Foreign for profit Corporation,
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation, and
FRANK NICHOLS, an individual.

Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO ALLOW RAW DATA BE PROVIDED TO WELT & RHEAUME, P.A. and LUKS, SANTANIELLO, PETRILLO & JONES, P.A. FROM DR. SALLY KOLITZ RUSSELL, DR. ALEJANDRO ARIAS and DR. JOSE NADINE GARCON**

Plaintiffs, JACOB and JOHANNA LUIHN, by and through the undersigned counsel, hereby file their Unopposed Motion to Allow Raw Data be Provided to Welt & Rheaume, P.A. and Luks, Santaniello, Petrillo & Jones, P.A. from Dr. Sally Kolitz Russell, Dr. Alejandro Arias and Dr. Jose Nadine Garcon and state the following:

1. On or about September 22, 2014, September 24, 2014 and October 1, 2014, Plaintiff, JACOB LUIHN, submitted to videotaped Independent Medical Examinations with Dr. Sally Kolitz Russell.

2. On or about December 23, 2014, Plaintiffs filed their Motion to Compel Production of Records Including Raw Data of Independent Neuro-Psychological Examination which is still outstanding. A true and correct copy is attached hereto as Exhibit "A."

3. On or about February 10, 2015, Plaintiffs counsel and Defendants' counsel discussed the Raw Data and Defendants' counsel had no objections to Plaintiffs receiving the Raw Data to include the videos of the exam conducted by Dr. Sally Kolitz Russell.

4. Plaintiffs' counsel is requesting a copy of the Raw Data and the videos of the three Independent Medical Examinations to review with the Plaintiffs.

5. Plaintiff's have also agreed to provide defense counsel with the Raw Data from Dr. Alejandro Arias.

6. This motion is made in good faith and not for purposes of delay.

7. Granting the relief requested will not prejudice any party.

8. Subject to this Court's approval, Dr. Sally Kolitz Russell, will provide Plaintiffs with the Raw Data, as well as the three (3) video recordings of the Plaintiffs Independent Medical Examinations. Additionally, the Raw Data from Dr. Garcon will also be provided to both Plaintiffs' and Defendants' counsel.

Wherefore, Plaintiffs, JACOB and JOHANNA LUIHN, respectfully request this Court to enter an Order granting the Unopposed Motion requiring Dr. Sally Kolitz Russell, Dr. Alejandro Arias and Dr. Jose Nadine Garcon to provide Plaintiffs' and Defendants' counsel with copies of all Raw Data and the videos of the three Independent Medical Examinations conducted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20, day of FEB, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Daniel J. Rheaume, Esq.

## SERVICE LIST

Jorge Padilla, Esq.
Luks, Santaniello, Petrillo & Jones, P.A.
150 W. Flagler Street, Suite 2750
Miami, Florida 33130
Telephone: 305-377-8900
Fax:	305-377-8901
Email:	Jpadilla@LS-law.com
adams@tennesseeaccidentlaw.com
luksmia-pleadings@ls-law.com
jennifer@tennesseeaccidentlaw.com
Attorneys for Defendants
Party Name: MX, Inc. and Frank Nichols Luihn

Morgan G. Adams, Esq.
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-265-2020
Fax:	423-265-2025
Email:

Attorneys for Plaintiffs
Party Name:  Jacob and Johanna

Dorothy Clay Sims, Esq.
Sims & Stakenborg
118 W Fort King Street
Ocala, Florida  34471
Telephone:  (352) 629-0480
Fax:  (352) 629-0421
Email:  dcs@ocalaw.com
Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn