UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-21515 – GAYLES/TURNOFF

JACOB LUIHN and JOHANNA LUIHN,

        Plaintiffs,

v.

MX, INC., STATE FARM MUTUAL
AUTOMOVILE INSURANCE COMPANY, and
FRANK NICHOLS,

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Unopposed Motion to Allow Raw Data be Provided to Welt & Rheaume, P.A. and Luks, Santaniello, Petrillo & Jones, P.A. from Dr. Sally Kolitz Russell, Dr. Alejandro Arias and Dr. Jose Nadine Garcon **[DE100]**, and the Court having been otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[DE100]** is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of February 2015.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Darrin P. Gayles
       All counsel of record