UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-21515-CV-GAYLES/TURNOFF

JACOB LUIHN and
JOHANA LUIHN,

    Plaintiffs,

vs.

MX, INC., a Foreign for profit
corporation, et al.,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon various discovery matters. A discovery hearing took place before the undersigned on Thursday, March 19, 2015. Upon review of the Notices of Hearing,[1] hearing argument from counsel, and being otherwise duly advised in the premises, the undersigned makes the following findings.

Defendants' Motion to Compel compliance with subpoenas by third parties is **GRANTED**. Consistent with the Court's instructions, Defendants shall submit a proposed Order for the Court's review. It is **FURTHER ORDERED AND ADJUDGED** that Defendants' Motions to Compel Better Answers to Defendants' Expert Request to Produce and Defendants' Motion to Compel Better Answers to Defendants' Expert Witness Interrogatories are **GRANTED**. Consistent with the Court's instructions, as stated in open Court, Plaintiffs shall provide better answers and/or produce documents within seven (7) days of the instant hearing. However, the request for correspondence between the expert(s) and the attorneys is **DENIED**.

---

[1] Pursuant to the Court's discovery practices, the filing of written discovery motions is not permitted. Instead, the parties are instructed to file Notices that briefly explain the dispute(s) at issue.

The parties were directed to confer in the courtroom at the conclusion of the proceedings and discuss, among other things, any outstanding discovery due on the part of Defendants. To the extent that any such discovery is outstanding, responses shall likewise be produced within seven (7) days of the instant hearing.

It is **FURTHER ORDERED AND ADJUDGED** that Plaintiffs' Motion to Quash the deposition of Plaintiffs' daughter, a minor, is **DENIED**. The deposition shall go forward consistent with the courts instructions and warnings. Same shall take place on Monday, March 23, 2015. The parties are to confer and reach agreement as to the time and location. The other issue raised by Plaintiffs, i.e., the deposition of Michael Greene, is hereby **DEEMED MOOT**.

**DONE AND ORDERED** in Chambers, at Miami, Florida on this ___ day of March 2015.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Darrin P. Gayles
    Counsel of Record