UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   14-21515-CV-GAYLES/TURNOFF

JACOB LUIHN and
JOHANA LUIHN,

      Plaintiffs,

vs.

MX, INC., a Foreign for profit
corporation, et al.,

      Defendants.
_____/

### OMNIBUS ORDER

**THIS CAUSE** is before the Court upon various discovery matters.  A discovery hearing took place before the undersigned on Thursday, March 26, 2015.  Upon review of the many filings in this case **(ECF Nos. 124-136)** , hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

Defendants' Motion to Compel IME with Dr. Anthony Dorto **(ECF No. 124)** is **DENIED** for the reasons stated in open Court.  Defendants' Motion for Leave of Court to Take Depositions of Dr. Garcon and Isis Rotella Out of Time **(ECF No. 130)** is **GRANTED**.  Consistent with the Court's instructions, the depositions shall take place no later than April 8, 2015.  The continued deposition of Dr. Alejandro Arias shall likewise take place on or before April 8, 2015.  Victor Luihn shall be deposed by no later than 5:00 p.m. on Friday April 3, 2015.  It is **FURTHER ORDERED AND ADJUDGED** that Defendants' Objections to Plaintiffs' Expert Witness Interrogatories **(ECF No. 127)** are **OVERRULED**.  Defendants shall provide responses within seven (7) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of March 2015.

_____
**WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Darrin P. Gayles
       Counsel of Record