UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-21515-WILLIAMS

JACOB LUIHN and JOHANNA LUIHN,

    Plaintiffs,

vs.

MX, INC., a Foreign for profit Corporation, STATE
FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation, and
FRANK NICHOLS, an individual,

    Defendants.
_____/

### STIPULATION OF PARTIAL DISMISSAL (ONLY) WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned attorneys, that the above cause may be dismissed with prejudice as to Defendant State Farm Mutual Automobile Insurance Company (ONLY), each party to bear its own attorney's fees and costs; all liens and subrogated interests to be paid by Plaintiffs out of the proceeds of the settlement herein. The case will proceed as to Defendants MX, Inc. and Frank Nichols.

DATED this 4 day of April, 2015.

| | |
|---|---|
| COONEY TRYBUS KWAVNICK PEETS | WELT & RHEAUME, P.A. |
| 1600 W. Commercial Boulevard | 4770 Hollywood Boulevard |
| Suite 200 | Hollywood, FL, 33021 |
| Fort Lauderdale, FL 33309 | (954) 966-4646 |
| (954) 568-6669 | |
| By: _____ | By: _____ |
| BRUCE TRYBUS | DANIEL J. RHEAUME |
| Attorney for Defendant | Attorney for Plaintiff |
| Florida Bar No. 972983 | Florida Bar No. 080258 |