UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-21515-DPG

JACOB LUIHN and
JOHANNA LUIHN,

Plaintiffs,

v.

MX, INC., a Foreign for profit Corporation,
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation, and
FRANK NICHOLS, an individual.

Defendants.
_____/

## NOTICE TO APPEAR AT TRIAL

TO: Corporate Representative, pursuant to Federal Rules of Civil Procedure 30(b)(6)
c/o Daniel J. Santaniello, Esq./Jorge Padilla, Esq.
Luks, Santaniello, Petrillo & Jones, P.A.
150 W. Flagler Street, Suite 1675
Miami, Florida  33130

Please take notice that your presence is requested at the trial of this matter as follows:

**NAME:** Corporate Representative, pursuant to Federal Rules of Civil Procedure 30(b)(6)

**DATE:** Weeks of May 18, 2015 and May 25, 2015

**LOCATION:** Wilkie D. Ferguson, Jr. - United States Courthouse
400 N. Miami Avenue, Room 11-1
Miami, Florida 33128

**TRIAL TOPICS:**

1. MX, Inc.'s understanding of the facts leading up to the collision at issue

2. Communications between MX, Inc. and Frank Nichols regarding the collision at issue

3. MX, Inc.'s post-crash procedures

4. MX, Inc.'s policies and procedures regarding hiring, qualification, training, supervision, and discipline of drivers for the relevant time period

5. MX, Inc.'s hiring, qualification, training, supervision, discipline and termination of Frank Nichols and all documents related thereto.

6. MX, Inc.'s policies and corporate standards regarding safe driving, defensive driving, and driving through intersections.

7. MX, Inc.'s understanding of industry standards governing the safe operation of a trucking company and the safe operation of commercial motor vehicles.

8. MX, Inc.'s destruction and retention of documents related to this case

9. MX, Inc.'s compliance and lack of compliance with FMCSRs and all documents related thereto

10. MX, Inc.'s history with the FMCSA and all documents related thereto.

11. Frank Nichols' compliance or lack of compliance with FMCSRs

12. Frank Nichols' driving history

13. All documents and information that supports each affirmative defense claimed by MX, Inc.

14. The operations of MX, Inc. during the time Frank Nichols worked under its authority

15. All records and paperwork regarding Frank Nichols maintained or ever maintained by MX, Inc.

16. All exhibits from prior depositions of MX, Inc.'s corporate representatives

17. All business records of MX, Inc. produced in this case.

*Please Advise If an Interpreter is Necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __10__, day of __April__, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Daniel J. Rheaume, Esq.

## SERVICE LIST

Daniel J. Santaniello, Esq.
Luis Menendez-Aponte, Esq.
Jorge Padilla, Esq.
LUKS, SANTANIELLO, PETRILLO & JONES, PC
150 W. Flagler Street, Suite 1675
Miami, Florida   33130
Telephone:   305-377-8900
Fax:   305-377-8901
Email: JPadilla@insurancedefense.net
Luksmia-pleadings@ls-law.com
Attorneys for Defendants
*Party Name:   MXI, Inc. and Frank Nichols*

Daniel J. Rheaume, Esq.
Jeffrey L. Welt, Esq.
WELT & RHEAUME
4770 Hollywood Blvd.
Hollywood, FL   33021
Telephone:   954-966-4646
Fax:   954-966-4642
Email: dan@wrflalaw.com
jeff@wrflalaw.com
Attorneys for Plaintiffs
*Party Name:   Jacob and Johanna Luihn*

Morgan G. Adams, Esq.
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, TN   37402
Telephone: (423) 265-2020
Fax:   (423) 265-2025
Email: adams@tennesseeaccidentlaw.com
jennifer@tennesseeaccidentlaw.com
Attorneys for Plaintiffs
*Party Name: Jacob and Johanna Luihn*

Dorothy Clay Sims, Esq.
SIMS & STAKENBORG
118 W Fort King Street
Ocala, Florida   34471
Telephone:   (352) 629-0480
Fax:   (352) 629-0421
Email: dcs@ocalaw.com
Attorneys for Plaintiffs
*Party Name: Jacob and Johanna Luihn*

Joseph A. Fried, Esq.
FRIED ROGERS GOLDBERG, LLC
3560 Lenox Road NE, Suite 1250
Two Alliance Center
Atlanta, GA 30326-4275
Telephone: (404) 591-1818
Fax:   (404) 574-6247
Email: joe@frg-law.com
Attorneys for Plaintiffs
*Party Name: Jacob and Johanna Luihn*