UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21515 – GAYLES/TURNOFF

JACOB LUIHN and JOHANNA LUIHN,

        Plaintiffs,

v.

MX, INC., STATE FARM MUTUAL
AUTOMOVILE INSURANCE COMPANY, and
FRANK NICHOLS,

        Defendants.

## MOTION TO STRIKE DEFENDANTS' MOTIONS IN LIMINE AND DEFENDANTS' DAUBERT MOTION

Come now Plaintiffs, by and through counsel, would move, pursuant to Local Rule 15(1), Federal Rules of Civil Procedure 6(b) and Federal Rules of Civil Procedure 7 to strike as untimely Defendant MX, Inc., and Frank Nichols's

1) Omnibus Motion in Limine and Incorporated Memorandum of Law [DE 171] filed at 4:28 p.m. on April 14, 2015,

2) Defendants' Daubert Motion to Exclude Certain Opinions of Plaintiffs' Trucking Expert Michael Napier and Incorporated Memorandum of Law [DE 173] filed at 5:12 p.m. on April 15, 2015 and

3) Defendants' Motion in Limine to Preclude Plaintiffs' Counsel From Making References to Military Service [DE 175] filed at 5:40 p.m. on April 15, 2015.

The Motions are untimely in that the Order Amending Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures [DE 11] (attached hereto as Exhibit "A") specifically states that all Motions in Limine shall be filed by April 13, 2015.

Plaintiffs acknowledge on February 11, 2015, Judge Gayles ordered all dates to be pushed back by sixty (60) days and however specifically stated all Dispositive Motions were due

by April 13, 2015 [DE 93]. See attached Exhibit "B." It has always been understood this included Motions in Limine.

Plaintiffs' and Defendants' counsel specifically spoke of the April 13, 2015 due date for Motions in Limine again as set forth in [DE156, Paragraph XIII]

Additionally, Local Rule 15(l) has not been complied with by the Defendants. As such, the Court should take such steps as it deems appropriate to sanction the Defendants, who have still failed to comply with this Rule.

As further basis for striking the Defendants' Motion, the Defendants have failed to file a request out of time, pursuant to Federal Rules of Civil Procedure 6(b), to file these Motions and have failed to show good cause and excusable neglect.

Prior to April 1, 2015, undersigned counsel spoke with defense counsel Mr. Padilla and indicated the need to get together on pretrial stipulations and the other matters required by Local Rules. Defendants have had plenty of time to file a timely motion, particularly given the time frames involved in this case and the specific discussion between counsel identifying the due date. If there was any confusion on Defendants' part, as to what was necessary to get ready for trial on May 18, it was incumbent on the Defendants to ask the Court for clarification.

Defense counsel are members of a large, sophisticated defense firm with over fifty-six (56) attorneys pursuant to their website, www.ls-law.com. If the small Plaintiff offices that are involved in this case can get ready for trial and comply with the Court's Rules without confusion, certainly the Defendants can as well.

WHEREFORE, premises considered, Plaintiffs request that the Defendants' Motions [DE 171] [DE 173] [DE 175] be stricken. Plaintiffs reserve the right to more fully respond to the individual motions within the time allowed by the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 21, day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Jeffrey L. Welt, Esq.

## SERVICE LIST

Daniel J. Santaniello, Esq./Jorge Padilla, Esq.
Luks, Santaniello, Petrillo & Jones, P.A.
150 W. Flagler Street, Suite 2750
Miami, Florida 33130
Telephone: 305-377-8900
Fax:        305-377-8901
Email:      Jpadilla@insurancedefense.net
            luksmia-pleadings@ls-law.com
            DJS@insurancedefense.net
Attorneys for Defendants
Party Name: MX, Inc. and Frank Nichols

Morgan G. Adams, Esq.
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-265-2020
Fax:        423-265-2025
Email: adams@tennesseeaccidentlaw.com
       jennifer@tennesseeaccidentlaw.com

Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Dorothy Clay Sims, Esq.
Sims & Stakenborg
118 W Fort King Street
Ocala, Florida  34471
Telephone: (352) 629-0480
Fax: (352) 629-0421
Email: dcs@ocalaw.com
Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Joseph A. Fried, Esq.
Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Suite 1250
Atlanta, Georgia 30326
Telephone: (404) 591-1800
Fax:        (404) 574-6247
Email: joe@frg-law.com
       sarah@frg-law.com
Party Name:  Jacob and Johanna Luihn

3