UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21515 – GAYLES/TURNOFF

JACOB LUIHN and JOHANNA LUIHN,

        Plaintiffs,

v.

MX, INC., STATE FARM MUTUAL
AUTOMOVILE INSURANCE COMPANY, and
FRANK NICHOLS,

        Defendants.

---

**MOTION TO STRIKE DEFENDANTS' PRETRIAL STIPULATION AS UNTIMELY**

---

Come now Plaintiffs, JACOB and JOHANNA LUIHN, by and through counsel, would move to strike Defendants, MX, INC.'S and FRANK NICHOLS' Pretrial Stipulation [DE195] as untimely and further state:

1. On or about June 3, 2014, Judge Williams filed an Order Amending Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures [DE 11] (attached hereto as Exhibit "A") specifically stating that all pre-trial stipulations shall be filed by April 13, 2015.

2. On or about April 9, 2015, Plaintiffs' counsel, Joseph A. Fried, contacted Defense counsel, Jorge Padilla, via telephone and email to confirm the April 13, 2015 deadline to file the Joint Pre-Trial Stipulation.

3. On or about April 13, 2015, Mr. Fried sent a request to forward Defendants' portion of the Joint Pre-Trial Stipulation to Mr. Padilla via email. Mr. Padilla did not respond.

4. Mr. Fried attempted to contact Mr. Padilla several times via email on April 13, 2015 in an effort to obtain the status of the Defendants' Joint Pre-Trial Stipulation and exchange trial exhibits and Mr. Padilla did not respond to these efforts.

5. On April 13, 2015, Plaintiffs' timely filed their Unilateral Filing of Pre-Trial Stipulation [DE 156].

6. Defendants have had plenty of time to file a timely pre-trial stipulation. If there was any confusion on Defendants' part, as to what was necessary to get ready for trial on May 18, it was incumbent on the Defendants to ask the Court for clarification.

WHEREFORE, premises considered, Plaintiffs request that the Defendants' Pre-Trial Stipulation [DE 195] be stricken as untimely.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 29th, day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Jeffrey L. Welt, Esq.

2

## SERVICE LIST

Daniel J. Santaniello, Esq./Jorge Padilla, Esq.
Luks, Santaniello, Petrillo & Jones, P.A.
150 W. Flagler Street, Suite 2750
Miami, Florida 33130
Telephone: 305-377-8900
Fax:        305-377-8901
Email:      Jpadilla@insurancedefense.net
            luksmia-pleadings@ls-law.com
            DJS@insurancedefense.net
Attorneys for Defendants
Party Name: MX, Inc. and Frank Nichols

Morgan G. Adams, Esq.
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-265-2020
Fax:        423-265-2025
Email: adams@tennesseeaccidentlaw.com
  jennifer@tennesseeaccidentlaw.com

Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Dorothy Clay Sims, Esq.
Sims & Stakenborg
118 W Fort King Street
Ocala, Florida  34471
Telephone:  (352) 629-0480
Fax: (352) 629-0421
Email: dcs@ocalaw.com
Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Joseph A. Fried, Esq.
Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Suite 1250
Atlanta, Georgia 30326
Telephone: (404) 591-1800
Fax:        (404) 574-6247
Email: joe@frg-law.com
       sarah@frg-law.com
Party Name:  Jacob and Johanna Luihn