UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21515 – GAYLES/TURNOFF

JACOB LUIHN and JOHANNA LUIHN,

        Plaintiffs,

v.

MX, INC. and FRANK NICHOLS,

        Defendants.

## DECLARATION OF ROBERT SEAN McEVOY

My name is Robert Sean McEvoy, and I make this Declaration pursuant to 28 U.S.C. §1746. I am over the age of 21, and I am competent to make this Declaration, which is based upon my personal knowledge, and I state as follows:

1.

I am an attorney at Fried Rogers Goldberg LLC and work with Joseph A. Fried, who is one of the counsel of record for Plaintiffs in the above styled cause.

2.

I was asked to assist with the drafting of certain motions in limine, including Plaintiffs' Motion to Strike Dr. Jose Garcon and Isis Rotella and Excluding All Records [Doc. 160].

3.

I understand that counsel for Defendants has complained that the Plaintiffs' Motion to Strike Dr. Jose Garcon and Isis Rotella and Excluding All Records [Doc. 160] was misleading because it gave the impression that Dr. Garcon never released her raw data to Plaintiffs.

4.

To be clear, Dr. Garcon ignored the Court's Order and refused to produce her raw data to Plaintiffs prior to her March 13, 2005 deposition, though she had produced the raw data to Defendants' expert. Defendants did push forward with Dr. Garcon's deposition knowing that she had not complied with the Court's order.

5.

Dr. Garcon did produce her raw data to Plaintiffs on March 17, 2015. To the extent that Plaintiffs' Motion to Strike Dr. Jose Garcon and Isis Rotella and Excluding All Records [Doc. 160] or any other briefs submitted to this Court gave the impression that Dr. Garcon never produced her raw data to Plaintiffs, such an impression was unintentional and is in error. Regardless of when the raw date was produced, Dr. Garcon's testimony and use of her raw data should be excluded for other reasons set forth in Plaintiffs' pending Motions in Limine.

6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of May, 2015.

*/s/ R. Sean McEvoy*
Robert Sean McEvoy
