UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  14-21515-CV-GAYLES/TURNOFF

JACOB LUIHN and
JOHANA LUIHN,

       Plaintiffs,
vs.

MX, INC., a Foreign for profit
corporation, et al.,

       Defendants.
_____/

## ORDER FOLLOWING DISCOVERY CONFERENCE

**THIS CAUSE** is before the Court upon Defendants' Motion to Compel Deposition of Dr. Marc Engel, M.D. **(ECF No. 215)**. A discovery conference took place before the undersigned on Thursday, May 7, 2015.

Upon review of the Motion[1], the court file, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion **(ECF No. 215)** is **DENIED** *without prejudice* in light of the evidentiary matters pending before Judge Gayles.

**DONE AND ORDERED** in Chambers, at Miami, Florida on this ___ day of May 2015.

                                      WILLIAM C. TURNOFF
                                      UNITED STATES MAGISTRATE JUDGE

cc:    Hon. Darrin P. Gayles
       Counsel of Record

---

[1] Pursuant to the undersigned's discovery procedures, the Motion is filed as a Notice of Hearing for the discovery calendar.