UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-21515-DPG

JACOB LUIHN and
JOHANNA LUIHN,

Plaintiffs,

v.

MX, INC., a Foreign for profit Corporation,
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a Foreign for profit Corporation, and
FRANK NICHOLS, an individual.

Defendants.

---

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR MODIFICATION OF PRE-TRIAL DEADLINE REGARDING DISCOVERY**

---

The Plaintiffs, Jacob and Johanna Luihn, by and through counsel, and in response to Defendants' Motion for Modification of Pre-Trial Deadline Regarding Discovery [DE 274], Plaintiffs would show as follows:

1. This matter is a Discovery issue that, pursuant to Local Rule 7.1(b)(3), should be heard by Magistrate Turnoff, and as such the Motion is improper before this court.

2. Plaintiffs object to Defendants' motion as the discovery cutoff pursuant to the Court's Amended Scheduling Order [DE 93] was **March 30, 2015.**

3. Defendants are seeking to take the depositions of Plaintiffs' Fact Witnesses, Leopoldina Noguera, Iris Santos and Mark Shaunaman.

4. On **July 25, 2014**, Plaintiffs filed their Fact Witness List [DE 16] which named Leoplodina Noguera and Iris Santos, among other witnesses.

5. On **January 13, 2015**, Plaintiffs filed their Second Amended Fact Witness List [DE 70] which named Mark Shaunaman, among other witnesses.

6. Defendants have had ten (10) months to depose Ms. Noguera and Ms. Santos and four (4) months to depose Mr. Shaunaman and never requested deposition dates from Plaintiffs until now.

7. This matter was initially set for trial beginning May 18, 2015.

8. The trial was moved and specially set for July 27, 2015 because of a medical condition of one of the Defendants' expert witnesses.

9. Defendants have continued to disregard the Court's timelines by filing documents past the deadline such as their Pre-Trial Stipulation [DE 195] which was filed on April 29, 2015 (Sixteen (16) days after the deadline of April 13, 2015[DE 11]) and other untimely motions the Court has previously denied as untimely.

**WHEREFORE**, Plaintiffs respectfully requests that this Honorable Court deny Defendants' Motion for Modification of Pre-Trial Deadline Regarding Discovery [DE 274] and for such other relief as this Honorable Court deems just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 27, day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Daniel J. Rheaume, Esq.

2

## SERVICE LIST

Daniel J. Santaniello, Esq./Jorge Padilla, Esq.
Luks, Santaniello, Petrillo & Jones, P.A.
150 W. Flagler Street, Suite 2750
Miami, Florida 33130
Telephone: 305-377-8900
Fax:        305-377-8901
Email:     Jpadilla@insurancedefense.net
           luksmia-pleadings@ls-law.com
           DJS@insurancedefense.net
Attorneys for Defendants
Party Name: MX, Inc. and Frank Nichols

Morgan G. Adams, Esq.
Law Offices of Morgan Adams
1419 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-265-2020
Fax:        423-265-2025
Email: adams@tennesseeaccidentlaw.com
 jennifer@tennesseeaccidentlaw.com

Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Dorothy Clay Sims, Esq.
Sims & Stakenborg
118 W Fort King Street
Ocala, Florida  34471
Telephone:  (352) 629-0480
Fax:  (352) 629-0421
Email:  dcs@ocalaw.com
Attorneys for Plaintiffs
Party Name:  Jacob and Johanna Luihn

Joseph A. Fried, Esq.
Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Suite 1250
Atlanta, Georgia 30326
Telephone: (404) 591-1800
Fax:        (404) 574-6247
Email: joe@frg-law.com
           sarah@frg-law.com
Party Name:  Jacob and Johanna Luihn

Jack R. Reiter, Esq.
Jordan S. Kosches, Esq.
GrayRobinson, P.A.
333 SE Second Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: jack.reiter@gray-robinson.com
         jordan.kosches@gray-robinson.com
*Co-Counsel for Defendants, MX, Inc. and Frank Nichols*