UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21515 – GAYLES/TURNOFF

JACOB LUIHN and JOHANNA LUIHN,

    Plaintiffs,

v.

MX, INC., STATE FARM MUTUAL
AUTOMOVILE INSURANCE COMPANY, and
FRANK NICHOLS,

    Defendants.

---

**PLAINTIFFS' NOTICE OF FILING
PLAINIFFS' NOVEMBER 26, 2014 INITIAL EXPERT DISCLOSURES**

  COME NOW the Plaintiffs, by and through the undersigned counsel, and hereby give notice of the filing as Attachment "A" hereto: Plaintiffs' November 26, 2014 Expert Disclosures, which was served on that same date upon counsel of record for Defendants by hand delivery but inadvertently not filed with the Court. With the filing of this previously served Expert Disclosure, Plaintiff seeks to complete the record of this Court.

  On November 26, 2014, Plaintiffs designated the following treating physicians as experts who might be used at trial and were expected to "testify consistent with his records, therapists' treatment, diagnostic studies and as to his experience, training, education, observations, and treatment for Mr. Luihn to include the causal relationship between the wreck and his treatment, future care, restrictions, permanency, impact on employment, and costs of care" and documents setting forth and supporting their opinions were produced to Defendants, to-wit:

  1. Mark Cockburn, M.D.
    Kendall Regional Medical Center
    11750 SW 40th Street
    Miami, Florida 33175

    Dr. Cockburn's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. Cockburn's record production was supplemented throughout the litigation as necessary.

2. Matthew G. Clarke, M.D.
   Kendall Regional Medical Center
   11760 Bird Road, Suite 722
   Miami, Florida 33175

   Dr. Clarke's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. Clarke's record production was supplemented throughout the litigation as necessary.

3. Ricardo Castrellon, M.D.
   Kendall Medical Center
   6200 Sunset Drive, Suite 402
   South Miami, Florida 33143

   Dr. Castrellon's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. Castrellon's record production was supplemented throughout the litigation as necessary.

4. Bruce S. Fletcher, M.D.
   Northwest Broward Orthopaedics
   5901 Colonial Drive, Suite 201
   Margate, Florida 33063

   Dr. Fletcher's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012 and responses to Defendant, State Farm's Request for Production #3 and #4 dated June 30, 2014). Dr. Fletcher's record production was supplemented throughout the litigation as necessary.

5. Aaron Patz, D.C.
   South Florida Pain & Rehabilitation of Hialeah
   2387 West 68th Street, Suite 202
   Hialeah, Florida 33016

   Dr. Patz's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. Patz's record production was supplemented throughout the litigation as necessary.

6. Michael C. White, D.C.
South Florida Pain & Rehabilitation of Hialeah
2387 West 68th Street, Suite 202
Hialeah, Florida 33016

Dr. White's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. White's record production was supplemented throughout the litigation as necessary.

7. Joel Shoemaker, D.C.
South Florida Pain & Rehabilitation of Hialeah
2387 West 68th Street, Suite 202
Hialeah, Florida 33016

Dr. Shoemaker's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 dated November 2, 2012). Dr. Shoemaker's record production was supplemented throughout the litigation as necessary.

8. Marc Engel, M.D.
MRI Scan & Imaging
3122 East Commercial Blvd.
Ft. Lauderdale, Florida 33308

Dr. Engel's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 and #3 dated November 2, 2012 and responses to Defendant, State Farm's Request for Production #3 and #4 dated June 30, 2014). Dr. Engel's record production was supplemented throughout the litigation as necessary.

**Defendants deposed Dr. Engel on May 19, 2015 regarding his opinions and support for the same.**

9. Alex Alonso, M.D.
Stand-Up MRI of Miami
1661 SW 37th Ave., Suite 100
Miami, Florida 33145

Dr. Alonso's medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 and #3 dated November 2, 2012 and responses to Defendant, State Farm's Request for Production #3 and #4 dated June 30, 2014). Dr. Alonso's record production was supplemented throughout the litigation as necessary.

12. Alejandro J. Arias, Psy. D.
Psychological & Neurobehavioral Assoc., Inc.

        P.O. Box 278455
        Miramar, Florida 33027

        Dr. Arias' medical records setting forth and supporting his opinions were provided to the Defendants (see responses to Defendant, MX, Inco's Request for Production #2 and #3 dated November 2, 2012 and responses to Defendant, State Farm's Request for Production #3 and #4 dated June 30, 2014). Dr. Arias' record production was supplemented throughout the litigation as necessary.

        **Defendants deposed Dr. Arias on March 18, 2015 regarding his opinions and support for the same.**

On November 26, 2014, Plaintiffs also designated the following treating physicians as experts who would "testify to Mr. Luihn's pre- and post-injury state, discuss pre and post wreck diagnostic studies and the causal relationship between the wreck and the permanent brain injury, medical conditions, restrictions, and the long term effects of the injury Mr. Luihn now has" and documents setting forth and supporting their opinions were produced to Defendants, to-wit:

    10.    Andrew T. Walker, M.D.
            Beaches MRI
            10377 S. Federal Highway
            Port St. Lucie, Florida 34952

        Dr. Walker's Preliminary Report setting forth the opinions he was expected to express at trial, the reasons for those opinions, and the facts and data he considered in forming those opinions was produced to Defendants. Dr. Walker's record production and reporting was supplemented throughout the litigation as necessary.

        **Defendants deposed Dr. Walker on February 4, 2015 regarding his opinions and support for the same.**

On November 26, 2014, Plaintiffs also designated the following treating physicians as experts who would "testify consistent with his records, psychologist and therapists' treatment and studies, pre and post wreck diagnostic studies, and as to his experience, training, education, observations, and treatment for Mr. Luihn to include the causal relationship between the wreck and his treatment, future care, prognosis, restrictions, permanency, effects on daily living, mental and emotional health, impact on employment, activities of daily living, and costs of care" and documents setting forth and supporting their opinions were produced to Defendants, to-wit:

11.  Nicholas D. A. Suite, M.D.
     Neurology, Diagnosis & Solutions, Inc.
     2525 Embassy Drive, Suite 7
     Davie, Florida 33026

Dr. Suite was identified as the treating neurologist for Mr. Luihn for the injuries he sustained in the wreck  Dr. Suite was not an expert retained or specially employed to provide expert testimony in the case. Dr. Suite's medical records were produced to Defendants (see responses to Defendant, MX, Inc.'s Request for Production #2 and #3 dated November 2, 2012 and responses to Defendant, State Farm's Request for Production #3 and #4). Dr. Walker's record production and reporting was supplemented throughout the litigation as necessary.

**Defendants deposed Dr. Suite on February 13, 2015  regarding his opinions and support for the same**.

WHEREFORE, the Plaintiffs, by and through the undersigned counsel, hereby give notice of and do file as Attachment "A" hereto:  Plaintiffs' November 26, 2014 Expert Disclosures, which was served on that same date upon counsel of record for Defendants by hand delivery but inadvertently not filed with the Court.

Date:   July 2, 2015

Respectfully submitted,

Daniel J. Rheaume
Florida Bar No. 086258
E-Service: pleadings@wrflalaw.com
**WELT & RHEAUME, P.A.**
4770 Hollywood Boulevard
Hollywood, FL  33021
Telephone:    (954) 966-4646
Facsimile:    (954) 966-4642
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronic mail this 2nd day of July, 2015 to: Jorge Padilla, Esq., *Attorney for MXI, Inc. and Frank Nichols*, luksmia-pleadings@ls-law.com, Luks, Santaniello, Petrillo & Jones, 150 West Flagler Street, Suite 1675, Miami, Florida 33130; Morgan G. Adams, Esq., adams@tennesseeaccidentlaw.com, 1419 Market Street, Chattanooga, TN 37402; Dorothy Clay Sims, dcs@ocalaw.com, Sims & Stakenborg, 118 W. Fort King Street, Ocala, FL 34471 and Joseph A. Fried, joe@frg-law.com, Fried Rogers Goldberg LLC, 3560 Lenox Road, NE, Suite 1250, Atlanta, GA 30326-4275.

**WELT & RHEAUME, P.A.**
Attorneys for Plaintiffs
4770 Hollywood Boulevard
Hollywood, FL 33021
Telephone:   (954) 966-4646
Facsimile:   (954) 966-4642
E-Service:   pleadings@wrflalaw.com

BY:_____
DANIEL J. RHEAUME
Florida Bar No. 086258