NOR-17940M/CP 2042 /DJS:lxm

NOR-17940M/CP 2042 /DJS:lxm

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-21515-GAYLES/TURNOFF

JACOB LUIHN AND
JOHANNA LUIHN,

    Plaintiff(s),

v.

MX, INC., A FLORIDA FOR PROFIT
CORPORATION, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY.
A FOREIGN FOR PROFIT CORPORATION,
AND FRANK NICHOLS, AN INDIVIDUAL,

    Defendant(s).
_____/

## DEFENDANTS' MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW, Defendants, MX Inc. and Frank Nichols, by and through undersigned counsel, hereby files this Motion For Writ of habeas Corpus Ad Testificandum, and respectfully moves this Honorable Court for issuance of a Writ requiring the Bartow County, Georgia Sheriff's Office and Corrections Department, 104 Zena Drive, Cartersville, GA, 30121, to produce inmate Frank Nichols (inmate no. 214414; D.O.B. 09/27/1950) for attendance at trial in the above-styled cause in the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Miami, FL 33128, beginning Monday, July 27, 2015 and as grounds thereof states as follows:

    1.    Defendant Frank Nichols is presently held in custody at the Bartow County Jail in Bartow County, Ga. due to a probation violation.

2.      The law is well settled that a district court has authority to compel a state official with custody of an inmate to produce the inmate for the purpose of giving testimony.  *See, e.g. , Pennsylvania Bureau of Correction v. United States Marshals Serv.*, 474 U.S. 34, 98-39, 106 S.Ct. 355, 88 L. Ed. 2dd 189 (1985); *ITEL Capital Corp. v. Dennis Mining Supply and Equipment*, 651 F. 2d 405, 406 (11th Cir. 1981).

3.      Defendant Frank Nichols presence is necessary for the defense of this matter is a critical party to this case.  The Defendants would be severely prejudiced if Defendant Nichols were not present for trial.

WHEREFORE, Defendants petitions the Court for a WRIT OF HABEAS CORPUS AD TESTIFICANTDUM, directed to the Bartow County, Georgia Sheriff's Office and Corrections Department, or other such proper person, directing the officer to deliver Frank Nichols (inmate no. 214414; D.O.B. 09/27/1950), upon presentation of this Writ, in order that the said Frank Nichols (inmate no. 214414; D.O.B. 09/27/1950) may be present before the United States District Court for the Southern District of Florida at Miami, Florida, on the 27th day of July, 2015.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record listed on the attached Service List, this 16<u>th</u> day of July, 2015.

                LUKS, SANTANIELLO,
                 PETRILLO & JONES
                Attorneys for Defendant
                150 W. Flagler Street, Suite 2750
                Miami, FL  33130
                Telephone:  (305) 377-8900
                Facsimile:  (305) 377-8901

By:     /s/ Luis Menendez-Aponte
     DANIEL J. SANTANIELLO
     Florida Bar No.: 860948
     LUIS MENENDEZ-APONTE
     Florida Bar No.:  772771
     LUKSMIA-Pleadings@LS-Law.com

## SERVICE LIST

Daniel J. Rheaume, Esq.
Welt & Rheaume, P.A.
4770 Hollywood Blvd.
Hollywood, FL 33021
pleadings@wrflalaw.com

Morgan Adams, Esq.
Law Offices of Morgan Adams
1419 Market St.
Chattanooga, Tennessee 37402
adams@tennesseeaccidentlaw.com
jennifer@tennesseeaccidentlaw.com

Dorothy Sims
Sims & Stakenborg, P.A.
P.O. Box 3188
Ocala, FL 34478-3188
DCS@dorothyclaysims.com

Joseph A. Fried, Esq.
FRIED ROGERS GOLDBERG, LLC
3560 Lenox Road NE
Suite 1250
Atlanta, GA 30326
joe@frg-law.com;
sarah@frg-law.com

Rachel Turner Davant, Esq.
Billing, Cochran, Lyles, Mauro & Ramsey, P.A.
SunTrust Center, 6th Floor
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
rtd@bclmr.com

Lawrence N. Rosen
Assistant United States Attorney
99 NE 4th Street, Suite 300
Miami, FL  33132
Larry.Rosen@usdoj.gov

Jordan S. Kosches, Esq.
Jack R. Reiter, Esq.
Gray Robinson, P.A.
333 S.E. Second Avenue
Suite 3200
Miami, FL 33131
jack.reiter@gray-robinson.com
jordan.kosches@gray-robinson.com
pamela.wildfeuer@gray-robinson.com