UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-21515-GAYLES/TURNOFF

JACOB LUIHN and
JOHANNA LUIHN,

      Plaintiffs,

v.

MX, INC. and
FRANK NICHOLS, Jr.,

      Defendants.

## PLAINTIFFS' NOTICE OF DISMISSAL OF LESS THAN ALL CLAIMS AGAINST DEFENDANT FRANK NICHOLS, JR.

Plaintiffs, JACOB and JOHANNA LUIHN, hereby dismiss without prejudice their claim for punitive damages against Defendant Frank Nichols, Jr. only with all other remaining pending and unaffected by this dismissal.

Date: November 30, 2015.

FRIED ROGERS GOLDBERG, LLC

*/s/ Joseph A. Fried*
JOSEPH A. FRIED
Florida Bar No. 0040850
*Attorney for Plaintiffs*
3560 Lenox Road NE
Suite 1250
Atlanta, GA 30326
Telephone: (404) 591-1800
Telecopier: (404) 574-6247
joe@frg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CM/ECF this 30th day of November, 2015 to: Jorge Padilla, Esq., Attorney for MXI, Inc. and Frank Nichols, luksmia-pleadings@ls-law.com, Luks, Santaniello, Petrillo & Jones, 150 West Flagler Street, Suite 1675, Miami, Florida 33130; Morgan G. Adams, Esq., adams@tennesseeaccidentlaw.com, 1419 Market Street, Chattanooga, TN 37402; Jeff Welt, Esq. and Daniel J. Rheaume, Esq., pleadings@wrflalaw.com, 4770 Hollywood Blvd., Hollywood, FL 33021; and Joseph A. Fried, joe@frg-law.com, Fried Rogers Goldberg LLC, 3560 Lennox Road, NE, Suite 1250 Atlanta, Georgia 30326-4275.

**FRIED ROGERS GOLDBERG, LLC**

*/s/ Joseph A. Fried*
JOSEPH A. FRIED
Florida Bar No. 0040850
*Attorney for Plaintiffs*
3560 Lenox Road NE
Suite 1250
Atlanta, GA 30326
Telephone: (404) 591-1800
Telecopier: (404) 574-6247
joe@frg-law.com